To Whom it may concern,

After receiving the enclosed notice from Becky at Bahia Vista Estates I would very strongly disagree with the notion that my brothers dog is at all vicious for several reasons.

My brother is emotionally handicapped and the dog is an emotional support dog.

He has had the dog for several years now and is walked around the neighborhood regularly and on a daily basis without any prior incidents of biting and or viciousness.

We can have several witnesses in the park testify to this as well as his case worker and the vet.

This incident evidently occurred while the dog was having an altercation with another dog and the complaintent was trying to intervene and one of the dogs bit her but at this point we don't even know which dog it was.

It also happens to be the same person who had to have their dog removed from the park for biting Daves dog and sent her to the vet for a very healthy bill which we paid and she was told she had to reimburse us which we never have received. She will not respond to Daves case worker and has on several occasions said he will not be paid by her. Seems like a terrible coincidence?

With that being said Dave has been told to never take his dog off our property or off leash and he can take the dog to the dog park off site if he chooses and he has to avoid her property at all costs.

Seems he has been told this before and did not pay attention. At this time he was devastated of the thought of losing his companion and I can assure you he will not be anywhere close to her unit and the dog will not leave his property.

With Daves medical Dr., case worker, vet and other witnesses I informed him this will not happen as long as he abides by the new set of rules and I am confident you will agree.

I realize Dave has other issues with running his mouth when he dosen't get his way with his illness and as his Power of Attorney I will do everything in my power to see that does not happen again and he needs to personally apologize to Becky for being rude and Becky has bent over backwards for Dave in the past and she does a great job of park management as we have had different family members in the park for several years now.

My name is Jack Wallace and contact is 941-320-8700 if you wish to talk I am available.

*[signature]*

Thank You in advance for your consideration in this matter.

**PLAINTIFF'S EXHIBIT A**