UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID WALLACE,

    Plaintiff,

vs.                              Case #: 8:22-cv-02329

CAREFREE SHADOWWOOD LLC,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE* AS CO-COUNSEL FOR DEFENDANT

In accordance with Local Rule 2.01(c), Defendant Carefree Shadowwood, LLC ("Carefree"), moves for entry of an order allowing James J. Parks of the Taft law firm to appear *pro hac vice* before the Court in this case to serve as co-counsel for Carefree. In support thereof, Carefree states and certifies:

1.     James Parks and Taft have been retained to represent Carefree as counsel in all proceedings conducted in this action.

2.     James Parks is not a Florida resident and is not a member of the Florida Bar.

3.     Mr. Parks is a member in good standing of the Michigan State Bar and a member in good-standing of the United States Eastern District of Michigan.

4. Mr. Park does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. In the last thirty-six months, Mr. Parks has not initially appeared in any cases in state or federal court in Florida.

6. Through his signature affixed below, Mr. Parks, on behalf of himself and the Taft law firm, attests that:

  a) I will comply with the federal rules and this Court's local rules.

  b) I am familiar with 28 U.S.C. § 1927, which provides:

  > Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

  c) I have paid the fee for special admission or will pay the fee upon special admission.

  d) I will register with the Court's CM/ECF system.

  e) I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and

according to the law and the recognized standards of ethics of the legal profession.

| | |
|---|---|
| Dated: June , 2023 | Dated: June 20, 2023 |
| By: _____ | ATLAS LAW |
| James J. Parks | /s/ Brian C. Chase |
| Michigan Bar No. P39742 | Brian C. Chase, Esq. |
| Taft Law | Florida Bar No. 0017520 |
| 27777 Franklin Rd. | 3902 N. Marguerite Street |
| Suite 2500 | Tampa, Florida 33603 |
| Southfield, MI 48034 | T: 813.241.8269 |
| T (248) 351-3000 | efiling@atlaslaw.com |
| jparks@taftlaw.com | *Lead Counsel for Defendant* |

## Local Rule 3.01(g) Certification

The movant hereby certifies that: (A) the movant has conferred with the opposing party, (B) the parties were unable to agree on the resolution of all or part of the motion, and (C) the conference between the parties' attorney occurred via telephone on June 19, 2023.

## Certificate of Service

I HEREBY CERTIFY that on the ___22___ day of June, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

_____
Attorney

## Service List

MARCY I. LAHART, ESQ.
Marcy I. LaHart, P.A.
249 SE Tuscawulla Road
Micanopy, Florida 32667
VIA CM/ECF