# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID WALLACE,

    Plaintiff,

v.                          CASE NO. 8:22-cv-2329-VMC-TGW

CAREFREE SHADOWWOOD, LLC,

    Defendant.
_____/

## **ORDER**

THIS CAUSE came on for consideration upon the Motion to Appear *Pro Hac Vice* (Doc. 24).

Attorney James J. Parks wishes to appear on behalf of the defendant (id., p. 1). Mr. Parks has satisfied the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Motion to Appear *Pro Hac Vice* (Doc. 24) be, and the same is hereby, **GRANTED**. Accordingly, James J. Parks is admitted in this court *pro hac vice*.

DONE and ORDERED at Tampa, Florida, this 30th day of June, 2023.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE